**Marty A. SONS; Kitty G. Hyatt, Plaintiffs–Appellants,**

v.

**Judge Philip TROMPETER, individually; Commonwealth of Virginia, his employer; Commonwealth of Virginia; Roanoke County, Virginia; Roanoke County Department of Social**

Services, and their employees; **Melvin E. Williams, Attorney; Fictitious Defendants A through E, whose names are unknown to plaintiffs at this time but will be added upon discovery of same, Defendants–Appellees.**

No. 12–2376.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 28, 2013.

Decided: March 8, 2013.

Marty A. Sons; Kitty G. Hyatt, Appellants Pro Se.

Before WILKINSON, NIEMEYER, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marty A. Sons and Kitty G. Hyatt appeal the district court's order dismissing their civil complaint as frivolous under 28 U.S.C. § 1915 (2006). We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Sons v. Trompeter,* No. 7:12–cv–00448–JPJ–PMS (W.D.Va. Oct. 2, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*